In The


Court of Appeals


Sixth Appellate District of Texas at Texarkana



______________________________



No. 06-08-00175-CR


______________________________




JULIUS MALOY, II, Appellant



V.



THE STATE OF TEXAS, Appellee




 


On Appeal from the County Court at Law


Harrison County, Texas


Trial Court No. 2006-1317




 




Before Morriss, C.J., Carter and Moseley, JJ.


Memorandum Opinion by Justice Carter



MEMORANDUM OPINION



 Julius Maloy, II, appellant, has filed with this Court a motion to dismiss his appeal. The
motion is signed by Maloy and by his counsel in compliance with Tex. R. App. P. 42.2(a). As
authorized by Rule 42.2, we grant the motion. See Tex. R. App. P. 42.2.

 Accordingly, we dismiss the appeal.



 Jack Carter

 Justice


Date Submitted: January 5, 2009

Date Decided: January 6, 2009


Do Not Publish



eed to protect the parties' rights, we are also aware that further delay
in disposing of this appeal is pointless, since the appellant has entirely failed to provide a record. 
See Rodriguez v. State, 970 S.W.2d 133 (Tex. App.-Amarillo 1998, pet. ref'd). 

 The appeal is dismissed.


 Josh R. Morriss, III

 Chief Justice


Date Submitted: September 4, 2002

Date Decided: September 5, 2002


Do Not Publish